UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                      : Case No.:    __16-16594__
Myriame Duplan                              :
                                            : Adv. No.:    _____
                                            :
                                            : Judge:       ____V F P____
        Debtor (s),                         :
_____      : Chapter:     _____13_____


# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Vincent F. Papalia_____, United States Bankruptcy Judge.

**Reason for Hearing:**       _Certification in Opposition to Trustee's_____
                              _____Certification of Default_____
                              _____filed by Debtor_____

**Location of Hearing:**      Courtroom No. _3B_
                              ___Martin Luther King, Jr. Federal Building___
                              _____50 Walnut Street, 3er floor_____
                              _____Newark, NJ 07102_____

**Date and Time:**            _October 20, 2016 at 11:00 AM_____,
                              or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    __✔__ ARE REQUIRED    _____ ARE NOT REQUIRED


DATED:    __9/8/2016_____              JAMES J. WALDRON, Clerk


# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _September 8_____, 20 _16_ the foregoing notice was served on the following: Debtors, Debtor's Attorney, Chapter 13 Trustee and US Trustee Office.


JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Myriame Duplan  
    Debtor

Case No. 16-16594-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 08, 2016  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2016.
```
db            +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709
cr             Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,    Rapid City, SD  57709-6154
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2016 at the address(es) listed below:
```
          Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           dnj@pbslaw.org
                                                                                             TOTAL: 5
```