UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

**Order Filed on September 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Myriame Duplan

Case No.:    16-16594

Chapter:    13

Judge:    VFP

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/27/2016_____ :

Property: 72 Willow Way, Wanaque, NJ 07465

Creditor: M&T Bank

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____10/26/2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Myriame Duplan  
      Debtor

Case No. 16-16594-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 13, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2016.  
db          +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2016 at the address(es) listed below:

     Christopher J. Balala    on behalf of Debtor Myriame Duplan cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
     David L. Stevens    on behalf of Debtor Myriame Duplan dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
     Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
     Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org

     TOTAL: 5