UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER & STEVENS LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
CHRISTOPHER J. BALALA (ATTORNEY ID 030732010)
COUNSEL FOR THE DEBTOR

Order Filed on October 7, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Myriame Duplan,

　　　　　　　　　　Debtor.

Chapter 13

Case NO. 16-16594

Hearing Date: October 20, 2016 at 11:00 a.m.

Hon. Vincent F. Papalia

## ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: October 7, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Myriame Duplan,
Case No.: 16-16594 (VFP)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the motion of the Debtor Myriame Duplan (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer & Stevens, LLP, seeking an Order authorizing the Debtor to enter into the Proposed Loan Modification Agreement with the Secured Creditor Bayview Loan Servicing ("Bayview") concerning the mortgage loan encumbering the Debtor's primary residence at 72 Willow Way, Wanaque, New Jersey 07465 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Bayview and the Debtor are hereby authorized to enter into a loan modification;* and it is further;

**ORDERED** that Bayview, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should Bayview, solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.

```
*on the terms set forth in the Motion.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Myriame Duplan  
       Debtor

Case No. 16-16594-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Oct 07, 2016  
                  Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.  
db          +Myriame Duplan,   72 Willow Way,   Wanaque, NJ 07465-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:

      Christopher J. Balala   on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
      David L. Stevens   on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
      Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Robert P. Saltzman   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org  
                                            TOTAL: 5