Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−16594−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Myriame Duplan
  aka Myriame Berrios, aka Myriame Duplan
  Berrios
  72 Willow Way
  Wanaque, NJ 07465

Social Security No.:
  xxx−xx−8604

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 25, 2016.

On 10/25/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:             December 1, 2016
Time:             10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 26, 2016
JJW: dlr

James J. Waldron
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                                Case No. 16-16594-VFP
Myriame Duplan                                                        Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2                  Date Rcvd: Oct 26, 2016
                              Form ID: 185               Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db             +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709
516104314      +Advantage Assets II, Inc.,    1000 North West Street,     Suite 1200,    Wilmington, DE 19801-1058
516104315      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516104317     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:    Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516104316      +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
516104318      +Bk Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
516109200      +Bureau of Housing Inspection,    PO Box 810,    Trenton, NJ 08625-0810
516104319     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:    Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
516104321      +Charles Mallany,    151 West 33rd Street,    Bayonne, NJ 07002-1944
516104322      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516104323      +Citibank SD, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
516104324      +Comenity Bank/pier 1,    4590 E Broad St,    Columbus, OH 43213-1301
516104327      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516104328      +Eichenbaum & Stylianou,    10 Forest Ave.,    #300,    Paramus, NJ 07652-5238
516104329      +Faloni & Associates, LLC,    165 Passaic Ave.,    #301B,    Fairfield, NJ 07004-3592
516104330      +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,     Parsippany, NJ 07054-4673
516387624       Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516104337      +Midland Funding,    2365 Northside Drive, Ste. 300,     San Diego, CA 92108-2709
516234755       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516104340      +Pluese, Becker & Saltzman,    20000 Horison Waye, Ste. 900,     Mount Laurel, NJ 08054-4318
516104341      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516104342      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516104343      +Ryan & Taneya Rodriguez,    151 West 33rd Street,     Bayonne, NJ 07002-1944
516104339     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:    New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                Trenton, NJ 08695)
516104344      +Schachter Portnoy, LLC,    3490 US Route 1, Ste. 6,     Princeton, NJ 08540-5920
516104348      +Tenaglia & Hunt, P.A.,    395 West Passaic Street,     #205,   Rochelle Park, NJ 07662-3016
516104349       Tnb - Target,    C/o Target Credit Services,    Minneapolis, MN 55440
516104350      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 23:06:58      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 23:06:55      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2016 23:06:39
                Ditech Financial LLC f/k/a Green Tree Servicing LL,     PO Box 6154,
                Rapid City, SD  57709-6154
516280963      +E-mail/Text: bncmail@w-legal.com Oct 26 2016 23:07:05      Back Bowl I LLC, Series C,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516329902       E-mail/Text: camanagement@mtb.com Oct 26 2016 23:06:41      Bayview Loan Servicing, LLC,
                c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
516104320      +E-mail/Text: bankruptcy@cavps.com Oct 26 2016 23:07:13      Cavalry SPV I, LLC,
                500 Summit Lake Drive,    Valhalla, NY 10595-1340
516121944      +E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11      Discover Bank,
                Discover Products INC,    P.O. Box 3025,    New Albany Ohio 43054-3025
516104325      +E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11      Discover Fin Svcs LLC,
                PO box 15316,    Wilmington, DE 19850-5316
516330707       E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2016 23:06:39      Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
516104326      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2016 23:06:39      Ditech Financial Llc,
                Po Box 6172,    Rapid City, SD 57709-6172
516104331      +E-mail/Text: cio.bncmail@irs.gov Oct 26 2016 23:06:29      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516104332      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2016 23:06:19      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516104334      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2016 23:00:44      LVNV Funding, LLC,
                PO Box 10497,    Greenville, SC 29603-0497
516321833       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2016 23:00:45
                LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516104333      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:01:25      Lowes,    PO Box 530914,
                Atlanta, GA 30353-0914
516104335       E-mail/Text: camanagement@mtb.com Oct 26 2016 23:06:41      M & T Bank,    1 Fountain Plz,
                Buffalo, NY  14203
516104336      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2016 23:06:55      Midland Credit Management, Inc.,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Oct 26, 2016
                               Form ID: 185             Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516104338      +E-mail/PDF: pa_dc_claims@navient.com Oct 26 2016 23:00:41      Navient,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
516104345      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:00:57      Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
516104346      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:00:32      Syncb/jcp Ppp,    Po Box 965007,
                Orlando, FL 32896-5007
516104347      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:00:57      Syncb/pc Richard,
                C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Kohl's,    c/o Becket & Lee LLP,    POB 3001,    Malvern, PA   19355-0701
516280964*     +Back Bowl I LLC, Series C,    C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
516225849*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
                                                                                               TOTAL: 5
```