**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: **Myriame Duplan**

Case No.: **16-16594**
Judge: **VFP**
Chapter: **13**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: **10/20/2016**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

a. The Debtor shall pay **1,600.00 Monthly** to the Chapter 13 Trustee, starting on **November 1, 2016** for approximately **54** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
 ☑ Future Earnings
 ☑ Other sources of funding (describe source, amount and date when funds are available):
  $7,475 already paid into plan over past 6 months.  Plan term total is 60 months.

   c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☑ Loan modification with respect to mortgage encumbering property
  Description: 151 West 33rd Street, Bayonne, NJ
  Proposed date for completion:  Determined by Court

   d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

   e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **New Jersey Div. of Taxation** | State income tax | 877.00 |
| **Internal Revenue Service** | Federal income tax | 501.39 |
| **Scura, Wigfield, Heyer & Stevens, LLP** | Administrative | Amount to be determined by the court after the filing of a supplemental fee application. |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Ditech Financial LLLC** | 151 West 33rd Street, Bayonne, NJ 07002 Hudson County | 28,449.80 | 0 | 28,449.80 | 3,496.72 |

### b. Modification

1.) The Debtor values collateral as indicated below.  If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated.  The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Bank of America 2nd mortgage** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 84,000 | 350,000 | 472,005 | 0 | 0 | 0 |
| **Bank of America 2nd mortgage** | 151 West 33rd Street, Bayonne, NJ 07002 Hudson County | 48,664 | 290,000 | 403,772 | 0 | 0 | 0 |
| **Discover Fin Svcs LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 16,693.54 | 350,000 | 472,005 | 0 | 0 | 0 |
| **Midland Funding, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 15,532.05 | 350,000 | 472,005 | 0 | 0 | 0 |
| **Cavalry Portfolio Services, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 24,614.46 | 350,000 | 472,005 | 0 | 0 | 0 |
| **Citibank SD, NA** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 20,005.00 | 350,000 | 472,005 | 0 | 0 | 0 |
| **Cavalry Portfolio Services, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 6,074.00 | 350,000 | 472,005 | 0 | 0 | 0 |
| **LVNV Funding, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 6,498.00 | 350,000 | 472,005 | 0 | 0 | 0 |
| **Advantage Assets II, Inc.** | 72 Willow Way Wanaque, NJ 07465 Passaic County | 1,805.00 | 350,000 | 472,005 | 0 | 0 | 0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **M&T Bank - mortgage on residence** |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

____    Not less than $____ to be distributed *pro rata*

____    Not less than ___ percent

__X__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **Navient** | Student loan - nondischargeable. | Paid outside of plan pursuant to original agreement. | 0 |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **Ryan & Taneya Rodriguez** | Lease agreement | Assume |
| **Charles Mallany** | Lease agreement | Assume |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **Bank of America 2nd mortgage** | **72 Willow Way Wanaque, NJ 07465 Passaic County** | **ALL** |
| **Bank of America 2nd mortgage** | **151 West 33rd Street, Bayonne, NJ 07002 Hudson County** | **ALL** |
| **Discover Fin Svcs LLC** | **72 Willow Way Wanaque, NJ 07465 Passaic County72 Willow Way Wanaque, NJ 07465  Passaic County** | **ALL** |
| **Midland Funding, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | **ALL** |
| **Cavalry Portfolio Services, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | **ALL** |
| **Citibank SD, NA** | 72 Willow Way Wanaque, NJ 07465 Passaic County | **ALL** |
| **Cavalry Portfolio Services, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | **ALL** |
| **LVNV Funding, LLC** | 72 Willow Way Wanaque, NJ 07465 Passaic County | **ALL** |
| **Advantage Assets II, Inc.** | 72 Willow Way Wanaque, NJ 07465 Passaic County | **ALL** |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| **-NONE-** | | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| 5) **Priority Claims** | | | |
| 6) **General Unsecured Claims** | | | |

### d. Post-petition claims

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified: __4/8/2016__ .

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **To change the treatment of mortgage with M&T bank as Debtor has entered into a loan modification which has been approved by the Court.** | **M&T Bank removed from Part 4, section a and added to Part 4, section d.** |
| **To update arrears owed to DiTech Financial per their filed Proof of Claim.** | **Part 4, section a updated to reflect figures on filed Proof of Claim.** |
| **To update actual amounts owed on priority claims.** | **Part 3 updated to reflect filed Proof of Claims.** |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☑ Yes | ☐ No |
|---|---|---|

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    **October 20, 2016**         /s/ **Christopher J. Balala**
                                     **Christopher J. Balala 030732010 NJ**
                                     Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:   **October 20, 2016**         /s/ **Myriame Duplan**
                                     **Myriame Duplan**
                                     Debtor

Date:   _____       _____
                                     Joint Debtor

6

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 16-16594-VFP
Myriame Duplan                                              Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2          Date Rcvd: Oct 26, 2016
                             Form ID: pdf901         Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db             +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709
516104314      +Advantage Assets II, Inc.,    1000 North West Street,    Suite 1200,    Wilmington, DE 19801-1058
516104315      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516104317     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
516104316      +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
516104318      +Bk Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
516109200      +Bureau of Housing Inspection,    PO Box 810,    Trenton, NJ 08625-0810
516104319     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
516104321      +Charles Mallany,    151 West 33rd Street,    Bayonne, NJ 07002-1944
516104322      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516104323      +Citibank SD, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
516104324      +Comenity Bank/pier 1,    4590 E Broad St,    Columbus, OH 43213-1301
516104327      +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
516104328      +Eichenbaum & Stylianou,    10 Forest Ave.,    #300,    Paramus, NJ 07652-5238
516104329      +Faloni & Associates, LLC,    165 Passaic Ave.,    #301B,    Fairfield, NJ 07004-3592
516104330      +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,     Parsippany, NJ 07054-4673
516387624       Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516104337      +Midland Funding,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
516234755       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516104340      +Pluese, Becker & Saltzman,    20000 Horison Waye, Ste. 900,    Mount Laurel, NJ 08054-4318
516104341      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516104342      +Remex Inc,   307 Wall St,    Princeton, NJ 08540-1515
516104343      +Ryan & Taneya Rodriguez,    151 West 33rd Street,    Bayonne, NJ 07002-1944
516104339     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
516104344      +Schachter Portnoy, LLC,    3490 US Route 1, Ste. 6,    Princeton, NJ 08540-5920
516104348      +Tenaglia & Hunt, P.A.,    395 West Passaic Street,    #205,    Rochelle Park, NJ 07662-3016
516104349       Tnb - Target,   C/o Target Credit Services,    Minneapolis, MN 55440
516104350      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 23:06:58     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 23:06:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2016 23:06:39
                 Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,
                 Rapid City, SD  57709-6154
516280963      +E-mail/Text: bncmail@w-legal.com Oct 26 2016 23:07:05     Back Bowl I LLC, Series C,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516329902       E-mail/Text: camanagement@mtb.com Oct 26 2016 23:06:41     Bayview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,   Buffalo, NY 14240-0840
516104320      +E-mail/Text: bankruptcy@cavps.com Oct 26 2016 23:07:17     Cavalry SPV I, LLC,
                 500 Summit Lake Drive,    Valhalla, NY 10595-1340
516121944      +E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11     Discover Bank,
                 Discover Products INC,    P.O. Box 3025,   New Albany Ohio 43054-3025
516104325      +E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11     Discover Fin Svcs LLC,
                 PO box 15316,    Wilmington, DE 19850-5316
516330707       E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2016 23:06:39     Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
516104326      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 26 2016 23:06:39     Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
516104331      +E-mail/Text: cio.bncmail@irs.gov Oct 26 2016 23:06:33     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516104332      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2016 23:06:21     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516104334      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2016 23:01:12     LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
516321833       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2016 23:01:12
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516104333      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:01:29     Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
516104335       E-mail/Text: camanagement@mtb.com Oct 26 2016 23:06:41     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
516104336      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2016 23:06:55     Midland Credit Management, Inc.,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Oct 26, 2016
                              Form ID: pdf901          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516104338       +E-mail/PDF: pa_dc_claims@navient.com Oct 26 2016 23:01:30      Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
516104345       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:00:35      Syncb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
516104346       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:00:35      Syncb/jcp Ppp,   Po Box 965007,
                 Orlando, FL 32896-5007
516104347       +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2016 23:00:35      Syncb/pc Richard,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Kohl's,   c/o Becket & Lee LLP,   POB 3001,   Malvern, PA  19355-0701
516280964*     +Back Bowl I LLC, Series C,   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
516225849*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:

```
              Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
                                                                                               TOTAL: 5
```