UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

**Order Filed on November 2, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Myriame Duplan

Case No.:  16-16594

Chapter:  13

Judge:  VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/27/2016_____ :

Property:   151 West 33rd Street, Bayonne, NJ 07002

Creditor:   DiTech Financial, LLC

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/26/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 16-16594-VFP
Myriame Duplan                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 02, 2016
                              Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db             +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
                                                                                             TOTAL: 5
```