UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

Order Filed on February 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Myriame Duplan

Case No.: _____16-16594_____

Chapter: _____13_____

Judge: _____VFP_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 1, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/27/2016_____ :

Property:    151 West 33rd Street, Bayonne, NJ 07002

Creditor:    DiTech Financial, LLC

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____ , and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____04/26/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*