Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−16594−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Myriame Duplan
  aka Myriame Berrios, aka Myriame Duplan
  Berrios
  72 Willow Way
  Wanaque, NJ 07465

Social Security No.:
  xxx−xx−8604

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/16/17 at 11:00 AM

to consider and act upon the following:

**75** − Application for Early Termination of Loss Mitigation Period. Filed by Robert P. Saltzman on behalf of Ditech Financial LLC f/k/a Green Tree Servicing LLC. Objection deadline is 2/27/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Saltzman, Robert)

**77** − Certification in Opposition to Application to Terminate Loss Mitigation (related document:75 Application for Early Termination of Loss Mitigation Period. Filed by Robert P. Saltzman on behalf of Ditech Financial LLC f/k/a Green Tree Servicing LLC. Objection deadline is 2/27/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC) filed by Christopher J. Balala on behalf of Myriame Duplan. (Balala, Christopher)

Dated: 2/28/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court