Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−16594−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Myriame Duplan
    aka Myriame Berrios, aka Myriame Duplan
    Berrios
    72 Willow Way
    Wanaque, NJ 07465

Social Security No.:
    xxx−xx−8604

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/16/17 at 11:00 AM

to consider and act upon the following:

*75* − Application for Early Termination of Loss Mitigation Period. Filed by Robert P. Saltzman on behalf of Ditech Financial LLC f/k/a Green Tree Servicing LLC. Objection deadline is 2/27/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Saltzman, Robert)

*77* − Certification in Opposition to Application to Terminate Loss Mitigation (related document:75 Application for Early Termination of Loss Mitigation Period. Filed by Robert P. Saltzman on behalf of Ditech Financial LLC f/k/a Green Tree Servicing LLC. Objection deadline is 2/27/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC) filed by Christopher J. Balala on behalf of Myriame Duplan. (Balala, Christopher)

Dated: 2/28/17

    Jeanne Naughton
    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-16594-VFP
Myriame Duplan                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1         Date Rcvd: Feb 28, 2017
                             Form ID: ntchrgbk         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.
db          +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709
cr           Kohl's,   c/o Becket & Lee LLP,    POB 3001,   Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 23:10:06
              Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,
              Rapid City, SD  57709-6154
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
                                                                                              TOTAL: 5