Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−16594−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myriame Duplan
   aka Myriame Berrios, aka Myriame Duplan
   Berrios
   72 Willow Way
   Wanaque, NJ 07465

Social Security No.:
   xxx−xx−8604

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      5/18/17
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Christopher J. Balala, Debtor's Attorney

COMMISSION OR FEES
$3,600.00

EXPENSES
$115.68

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 24, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-16594-VFP
Myriame Duplan                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Apr 24, 2017
                              Form ID: 137             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
```
db           +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709
516104314    +Advantage Assets II, Inc.,    1000 North West Street,    Suite 1200,    Wilmington, DE 19801-1058
516104315    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516104317   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
516104316    +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
516104318    +Bk Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
516109200    +Bureau of Housing Inspection,    PO Box 810,    Trenton, NJ 08625-0810
516104319   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
              Richmond, VA 23238)
516104321    +Charles Mallany,    151 West 33rd Street,    Bayonne, NJ 07002-1944
516104322    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516104323    +Citibank SD, NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
516104324    +Comenity Bank/pier 1,    4590 E Broad St,    Columbus, OH 43213-1301
516104327    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516104328    +Eichenbaum & Stylianou,    10 Forest Ave.,    #300,    Paramus, NJ 07652-5238
516104329    +Faloni & Associates, LLC,    165 Passaic Ave.,    #301B,    Fairfield, NJ 07004-3592
516104330    +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
516387624     Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516104337    +Midland Funding,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
516234755     Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
516104340    +Pluese, Becker & Saltzman,    20000 Horison Waye, Ste. 900,    Mount Laurel, NJ 08054-4318
516104341    +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516104342    +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516104343    +Ryan & Taneya Rodriguez,    151 West 33rd Street,    Bayonne, NJ 07002-1944
516104339   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: New Jersey Division of Taxation,
              Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
              Trenton, NJ 08695)
516104344    +Schachter Portnoy, LLC,    3490 US Route 1, Ste. 6,    Princeton, NJ 08540-5920
516104348    +Tenaglia & Hunt, P.A.,    395 West Passaic Street,    #205,    Rochelle Park, NJ 07662-3016
516104349     Tnb - Target,    C/o Target Credit Services,    Minneapolis, MN 55440
516581226    +U.S. Bank Trust, N.A.,,    as Trustee,    for LSF9 Master Participation Trust,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
516581227    +U.S. Bank Trust, N.A.,,    as Trustee,    for LSF9 Master Participation Trust,
              13801 Wireless Way,    Oklahoma City, OK 73134,    U.S. Bank Trust, N.A., 73134-2500
516104350    +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2017 23:27:56     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2017 23:27:53     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            E-mail/Text: bankruptcy.bnc@ditech.com Apr 24 2017 23:27:41
              Ditech Financial LLC f/k/a Green Tree Servicing LL,    PO Box 6154,
              Rapid City, SD  57709-6154
516280963    +E-mail/Text: bncmail@w-legal.com Apr 24 2017 23:28:04     Back Bowl I LLC, Series C,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516329902     E-mail/Text: camanagement@mtb.com Apr 24 2017 23:27:43     Bayview Loan Servicing, LLC,
              c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
516104320    +E-mail/Text: bankruptcy@cavps.com Apr 24 2017 23:28:12     Cavalry SPV I, LLC,
              500 Summit Lake Drive,    Valhalla, NY 10595-1340
516121944    +E-mail/Text: mrdiscen@discover.com Apr 24 2017 23:27:17     Discover Bank,
              Discover Products INC,    P.O. Box 3025,    New Albany Ohio 43054-3025
516104325    +E-mail/Text: mrdiscen@discover.com Apr 24 2017 23:27:17     Discover Fin Svcs LLC,
              PO box 15316,    Wilmington, DE 19850-5316
516330707     E-mail/Text: bankruptcy.bnc@ditech.com Apr 24 2017 23:27:41     Ditech Financial LLC,
              PO Box 6154,    Rapid City, SD 57709-6154
516104326    +E-mail/Text: bankruptcy.bnc@ditech.com Apr 24 2017 23:27:41     Ditech Financial Llc,
              Po Box 6172,    Rapid City, SD 57709-6172
516104331    +E-mail/Text: cio.bncmail@irs.gov Apr 24 2017 23:27:29     Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
516104332    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 24 2017 23:27:26     Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516104334    +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2017 23:34:30     LVNV Funding, LLC,
              PO Box 10497,    Greenville, SC 29603-0497
516321833     E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2017 23:34:30
              LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516104333    +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2017 23:34:59     Lowes,   PO Box 530914,
              Atlanta, GA 30353-0914
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 24, 2017
                              Form ID: 137             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516104335         E-mail/Text: camanagement@mtb.com Apr 24 2017 23:27:43      M & T Bank,   1 Fountain Plz,
                  Buffalo, NY 14203
516104336        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 24 2017 23:27:53      Midland Credit Management, Inc.,
                  8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
516104338        +E-mail/PDF: pa_dc_claims@navient.com Apr 24 2017 23:34:31      Navient,   Po Box 9655,
                  Wilkes Barre, PA 18773-9655
516104345        +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2017 23:34:23      Syncb/jcp,   Po Box 965007,
                  Orlando, FL 32896-5007
516104346        +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2017 23:34:23      Syncb/jcp Ppp,   Po Box 965007,
                  Orlando, FL 32896-5007
516104347        +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2017 23:34:59      Syncb/pc Richard,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
                                                                                                TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Kohl's,   c/o Becket & Lee LLP,    POB 3001,   Malvern, PA  19355-0701
516280964*      +Back Bowl I LLC, Series C,    C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
516225849*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,   Department of Treasury,
                  Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
                                                                                    TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2017 at the address(es) listed below:
              Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
                                                                                                 TOTAL: 5
```