Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−16594−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myriame Duplan
   aka Myriame Berrios, aka Myriame Duplan
   Berrios
   72 Willow Way
   Wanaque, NJ 07465

Social Security No.:
   xxx−xx−8604

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/1/17 at 11:00 AM

to consider and act upon the following:

*75* − Application for Early Termination of Loss Mitigation Period. Filed by Robert P. Saltzman on behalf of Ditech Financial LLC f/k/a Green Tree Servicing LLC. Objection deadline is 2/27/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Saltzman, Robert)

*81* − Application for Extension of Loss Mitigation Period. Filed by Christopher J. Balala on behalf of Myriame Duplan. Objection deadline is 5/1/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Balala, Christopher)

Dated: 5/11/17

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court