UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

Order Filed on May 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Myriame Duplan

Case No.:    16-16594-VFP

Chapter:    13

Hearing Date:    5/5/17

Judge:    Vincent F. Papalia

## ORDER VACATING ORDER GRANTING

## APPLICATION FOR EXTENSION OF LOSS MITIGATION AND SETTING HEARING DATE

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: May 11, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Myriame Duplan
Case No. 16-16594-VFP
Caption of Order:  Order Setting Hearing Date

WHEREAS, an Order allowing the Debtor to enter into the Bankruptcy Loss Mitigation Program was entered on April 26, 2016;

WHEREAS, the Mortgagee filed an Application to Terminate the Loss Mitigation Program on February 23, 2017;

WHEREAS, the Debtor filed an Application to Extend the Loss Mitigation Program on April 26, 2017;

IT IS HEREBY ORDERED:

The hearings regarding the Application to Terminate the Loss Mitigation Program and the Application to Extend the Loss Mitigation Program are both adjourned to ~~May 25~~, June 1, 2017 at 11:00 a.m.

The Order granting extension of Loss Mitigation regarding DiTech Financial, LLC., entered on May 4, 2017 at Document No. [83] is Hereby Vacated, and will be resolved at the hearing regarding both Applications to be held on June 1, 2017 at 11:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Myriame Duplan  
     Debtor

Case No. 16-16594-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 11, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.  
db          +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:  
        Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
        David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
        Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Robert P. Saltzman    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org  
                                                                                                           TOTAL: 5