| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel: (973) 696-8391<br>Counsel for the Debtor | **Order Filed on November 8, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>  Myriame Duplan,<br><br>                                 Debtor. | Case No.:      16-16594<br><br>Chapter:              13<br><br>Judge:               VFP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 8, 2017**

_____
 **Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____4/27/2016_____ :

Property:    151 West 33rd Street, Bayonne, NJ 07002

Creditor:    DiTech Financial, LLC

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____02/01/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-16594-VFP
Myriame Duplan                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 09, 2017
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.
db         +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:
      Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
      ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
      cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
      PARTICIPATION TRUST james.shay@phelanhallinan.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
      dnj@pbslaw.org
                                                                                                    TOTAL: 6