UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
CHRISTOPHER J. BALALA, ESQ. (ATTORNEY ID 030732010)
COUNSEL FOR THE DEBTOR

**Order Filed on February 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Myriame Duplan,

              Debtor.

Chapter 13

Case NO.  16-16594

Hon. Vincent F. Papalia

## ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: February 9, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Myriame Duplan
Case No.: 16-16594 (VFP)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 3

THIS MATTER, having been brought to the Court on the Motion of the Debtor Myriame Duplan (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, DiTech Financial, concerning the mortgage loan encumbering the Debtor's property located at 151 West 33rd Street, Bayonne, New Jersey 07002 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that DiTech Financial, and the Debtor are hereby authorized to enter into a loan modification*; and it is further,

**ORDERED** that DiTech Financial, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further,

**ORDERED** that should DiTech Financial solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification; and it is further,

*on the terms set forth in the Modification Agreement submitted with the Motion;

Debtor: Myriame Duplan
Case No.: 16-16594 (VFP)

Caption of Order:  **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 3 of 3

      **ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order; and it is further,

      **ORDERED** that the Chapter 13 Trustee shall cease making disbursements (if any) on the Proof of Claim filed by DiTech Financial, Claim #12.