| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP**<br>1599 HAMBURG TURNPIKE<br>WAYNE, NEW JERSEY 07470<br>TELEPHONE: 973-696-8391<br>CHRISTOPHER J. BALALA, ESQ. (ATTORNEY ID 030732010)<br>COUNSEL FOR THE DEBTOR | Order Filed on February 9, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Myriame Duplan,<br><br>      Debtor. | Chapter 13<br><br>Case NO.  16-16594<br><br>Hon. Vincent F. Papalia |

### ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

  The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: February 9, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Myriame Duplan
Case No.: 16-16594 (VFP)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 3

THIS MATTER, having been brought to the Court on the Motion of the Debtor Myriame Duplan (the "Debtor"), by and through her counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, DiTech Financial, concerning the mortgage loan encumbering the Debtor's property located at 151 West 33rd Street, Bayonne, New Jersey 07002 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that DiTech Financial, and the Debtor are hereby authorized to enter into a loan modification*; and it is further,

**ORDERED** that DiTech Financial, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further,

**ORDERED** that should DiTech Financial solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification; and it is further,

*on the terms set forth in the Modification Agreement submitted with the Motion;

Debtor: Myriame Duplan
Case No.: 16-16594 (VFP)

Caption of Order:  **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 3 of 3

    **ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order; and it is further,

    **ORDERED** that the Chapter 13 Trustee shall cease making disbursements (if any) on the Proof of Claim filed by DiTech Financial, Claim #12.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-16594-VFP
Myriame Duplan                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Feb 09, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.
db              +Myriame Duplan,    72 Willow Way,    Wanaque, NJ 07465-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
      Christopher J. Balala    on behalf of Debtor Myriame  Duplan cbalala@scuramealey.com,
   ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      David L. Stevens    on behalf of Debtor Myriame  Duplan dstevens@scuramealey.com,
   cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
      Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST james.shay@phelanhallinan.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
      Robert P. Saltzman    on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC dnj@pbslaw.org
                                                                                         TOTAL: 7