STERN & EISENBERG, PC  
1040 N. KINGS HIGHWAY, SUITE 407  
CHERRY HILL, NJ 08034  
TELEPHONE: (609) 397-9200  
FACSIMILE: (856) 667-1456



**Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (NEWARK DIVISION)

| In Re: | Case No.: 16-16594-VFP |
|---|---|
| Myriame Duplan | Chapter: 13 |
| Debtor(s) | Judge: Vincent F. Papalia |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form | | ☐ Followed | | ☒ Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: April 17, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(page 2)
Debtor: Myriame Duplan

Case Number: 16-16594-VFP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

    Upon the Certification of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

    ORDERED that the automatic stay of Bankruptcy Code § 362(a) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑     Real Property more fully described as:

72 Willow Way, Wanaque, NJ 07465 -- the "Property".

☐     Personal Property more fully described as:

    It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.