| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Ditech Financial LLC | Order Filed on April 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No:  16-16594 VFP |
| In re:<br>Myriame Duplan aka Myriame Berrios, aka Myriame Duplan Berrios<br><br>Debtor | Chapter: 13<br><br>Hearing Date:<br><br>Judge: Vincent F. Papalia |

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 23, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of  Ditech Financial LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as Lot , Block ,   151W 33Rd St, Bayonne NJ 07002**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.