UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.: 16-16594 (VFP)
DUPLAN, MYRIAME                           Chapter: 7
                                          Judge: VINCENT F. PAPALIA

---

### NOTICE OF PROPOSED ABANDONMENT

---

Jay L. Lubetkin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK  Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on August 27, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 72 Willow Way<br>Wanaque, NJ 07465<br><br>Current Market Value: $350,000.00<br><br>151 West 33rd Street<br>Bayonne, NJ 07002<br><br>Current Market Value: $290,000.00 |

| | |
|---|---|
| Liens on property: | $556,005.00 (Prop #1)<br><br>$452,436.00 (Prop #2) |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |
| | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin   POSITION:  Chapter 7 Trustee   PHONE: (973)597-9100 |
| DATED: | July 23, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-16594-VFP
Myriame Duplan                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3        Date Rcvd: Jul 23, 2019
                           Form ID: pdf905     Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db            +Myriame Duplan,   72 Willow Way,   Wanaque, NJ 07465-1709
cr            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516104314     +Advantage Assets II, Inc.,   1000 North West Street,   Suite 1200,   Wilmington, DE 19801-1058
516104315     +Amex,  Po Box 297871,   Fort Lauderdale, FL 33329-7871
516104317    ++BANK OF AMERICA,  PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
516104316     +Bank of America,   100 North Tryon Street,   Charlotte, NC 28255-0001
516104318     +Bk Of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
516109200     +Bureau of Housing Inspection,   PO Box 810,   Trenton, NJ 08625-0810
516104321     +Charles Mallany,   151 West 33rd Street,   Bayonne, NJ 07002-1944
516104322     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516104323     +Citibank SD, NA,   PO Box 6500,   Sioux Falls, SD 57117-6500
516104327     +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
516104328     +Eichenbaum & Stylianou,   10 Forest Ave.,   #300,   Paramus, NJ 07652-5238
516104329     +Faloni & Associates, LLC,   165 Passaic Ave.,   #301B,   Fairfield, NJ 07004-3592
516104330     +Fein, Such, ,Kahn & Shepard,   7 Century Dive, Ste. 201,   Parsippany, NJ 07054-4673
516387624      Kohl's,   ,c/o Becket and Lee LLP,   Po Box 3001,   Malvern PA 19355-0701
517281717    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   PO Box 619096,
               Dallas, Texas 75261-9741)
516104340     +Pluese, Becker & Saltzman,   20000 Horison Way, Ste. 900,   Mount Laurel, NJ 08054-4318
516104341     +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516104342     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
516104343     +Ryan & Taneya Rodriguez,   151 West 33rd Street,   Bayonne, NJ 07002-1944
516104339    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
               Compliance & Enforcement - Bankruptcy,   50 Barrack St., 9th Fl.,   PO Box 245,
               Trenton, NJ 08695)
516104344     +Schachter Portnoy, LLC,   3490 US Route 1, Ste. 6,   Princeton, NJ 08540-5920
516104348     +Tenaglia & Hunt, P.A.,   395 West Passaic Street,   #205,   Rochelle Park, NJ 07662-3016
516104349      Tnb - Target,   C/o Target Credit Services,   Minneapolis, MN 55440
516581226     +U.S. Bank Trust, N.A.,,   as Trustee,   for LSF9 Master Participation Trust,
               13801 Wireless Way,   Oklahoma City, OK 73134-2500
516581227     +U.S. Bank Trust, N.A.,,   as Trustee,   for LSF9 Master Participation Trust,
               13801 Wireless Way,   Oklahoma City, OK 73134,   U.S. Bank Trust, N.A., 73134-2500
516104350     +Wells Fargo Bank,   Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 23:43:34    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 23:43:31    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             E-mail/Text: bankruptcy.bnc@ditech.com Jul 23 2019 23:42:58
               Ditech Financial LLC f/k/a Green Tree Servicing LL,   PO Box 6154,
               Rapid City, SD 57709-6154
516280963     +E-mail/Text: bncmailbw-legal.com Jul 23 2019 23:43:44    Back Bowl I LLC, Series C,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516329902      E-mail/Text: camanagement@mtb.com Jul 23 2019 23:43:00    Bayview Loan Servicing, LLC,
               c/o M&T Bank,   PO Box 840,   Buffalo, NY 14240-0840
516104319      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2019 23:51:46
               Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
516104320     +E-mail/Text: bankruptcy@cavps.com Jul 23 2019 23:43:52    Cavalry SPV I, LLC,
               500 Summit Lake Drive,   Valhalla, NY 10595-1340
516104324     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 23:43:05    Comenity Bank/pier 1,
               4590 E Broad St,   Columbus, OH 43213-1301
516121944     +E-mail/Text: mrdiscen@discover.com Jul 23 2019 23:42:26    Discover Bank,
               Discover Products INC,   P.O. Box 3025,   New Albany Ohio 43054-3025
516104325     +E-mail/Text: mrdiscen@discover.com Jul 23 2019 23:42:26    Discover Fin Svcs LLC,
               PO box 15316,   Wilmington, DE 19850-5316
516330707      E-mail/Text: bankruptcy.bnc@ditech.com Jul 23 2019 23:42:58    Ditech Financial LLC,
               PO Box 6154,   Rapid City, SD 57709-6154
517611546      E-mail/Text: bankruptcy.bnc@ditech.com Jul 23 2019 23:42:58
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516104326     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 23 2019 23:42:58    Ditech Financial Llc,
               Po Box 6172,   Rapid City, SD 57709-6172
516104331     +E-mail/Text: cio.bncmail@irs.gov Jul 22 2019 23:42:46    Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
516104332     +E-mail/Text: bncnotices@becket-lee.com Jul 23 2019 23:42:30    Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096

```
District/off: 0312-2          User: admin              Page 2 of 3          Date Rcvd: Jul 23, 2019
                              Form ID: pdf905          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516104334     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2019 23:51:20     LVNV Funding, LLC,
               PO Box 10497,   Greenville, SC 29603-0497
516321833      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2019 23:51:58
               LVNV Funding, LLC its successors and assigns as,   assignee of GE Money Bank,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516104333     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:37     Lowes,   PO Box 530914,
               Atlanta, GA 30353-0914
516104335      E-mail/Text: camanagement@mtb.com Jul 23 2019 23:43:00     M & T Bank,   1 Fountain Plz,
               Buffalo, NY 14203
516104336     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2019 23:43:30     Midland Credit Management, Inc.,
               8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
516104337     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2019 23:43:30     Midland Funding,
               2365 Northside Drive, Ste. 300,   San Diego, CA 92108-2709
516104338     +E-mail/PDF: pa_dc_claims@navient.com Jul 23 2019 23:51:13     Navient,   Po Box 9655,
               Wilkes Barre, PA 18773-9655
516234755      E-mail/PDF: pa_dc_claims@navient.com Jul 23 2019 23:51:53     Navient Solutions, Inc.,
               P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
516104345     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:36     Syncb/jcp,   PO Box 965007,
               Orlando, FL 32896-5007
516104346     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:52:17     Syncb/jcp Ppp,   PO Box 965007,
               Orlando, FL 32896-5007
516104347     +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:50:58     Syncb/pc Richard,
               C/o Po Box 965036,   Orlando, FL 32896-0001
                                                                                           TOTAL: 26


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Kohl's,   c/o Becket & Lee LLP,   POB 3001,   Malvern, PA  19355-0701
516280964*    +Back Bowl I LLC, Series C,   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
516225849*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              David E. Sklar    on behalf of Debtor Myriame   Duplan dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
              David L. Stevens    on behalf of Debtor Myriame   Duplan dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST jpshay@mdwcg.com,  jpshay@gmail.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
```

District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jul 23, 2019
                             Form ID: pdf905           Total Noticed: 54

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           dnj@pbslaw.org
          Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST smncina@rascrane.com
          Steven P. Kelly    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                          TOTAL: 11