Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−16594−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myriame Duplan
   aka Myriame Berrios, aka Myriame Duplan
   Berrios
   72 Willow Way
   Wanaque, NJ 07465

Social Security No.:
   xxx−xx−8604

Employer's Tax I.D. No.:

## FINAL DECREE

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 19, 2019</u>        <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court